# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| SHEN WEI (USA) INC., a California corporation, and MEDLINE INDUSTRIES, INC., an Illinois corporation, ) ) ) ) *Plaintiffs*, ) ) vs. ) ) ADENNA, INC., a California corporation, ) ) *Defendant*. ) | Civ. Case No. 05 C 5826 Judge Milton I. Shadur |

## NOTICE OF DISMISSAL

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiffs Shen Wei (USA), Inc. and Medline Industries, Inc. hereby dismisses, with prejudice, their claims against Defendant Adenna, Inc. in the current action. Adenna has not yet filed an answer or motion for summary judgment in this action.

CHICAGO 330528v1 54009-00012

DATED: May 25, 2006

                                          Respectfully submitted,

                                          **SHEN WEI (USA) INC.**
                                          **MEDLINE INDUSTRIES, INC.**

                                      By:__s/ Russell J. Genet_____
                                            Attorney for Plaintiffs

Edward F. McCormack
       Illinois ARDC #6202555
Stephen G. Rudisill
       Illinois ARDC #2417049
Russell J. Genet
       Illinois ARDC #6255982
Cynthia K. Thompson
       Illinois ARDC #6273156
JENKENS & GILCHRIST, P.C.
225 West Washington Street, Suite 2600
Chicago, IL 60606-3418
(312) 425-3900 (Telephone)
(312) 425-3909 (Facsimile)

CHICAGO 330528v1 54009-00012

## CERTIFICATE OF SERVICE

The undersigned certifies that the Notice of Dismissal was filed electronically in compliance with the General Order on Electronic Case Filing, Section III(B)(1). As such, these documents were served on all counsel who are deemed to have consented to electronic service. Fed. R. Civ. P. 5(b)(2)(D) and Local Rule 5.9.

The following counsel has also been served via facsimile and U.S. first class mail:

>Michael P. Padden
>Howrey LLP
>321 N. Clark Street
>Chicago, IL 60610
>312-595-2250 (fax)

       s/ Russell J. Genet___
      One of the Attorneys for Plaintiffs
      SHEN WEI (USA) INC. and
      MEDLINE INDUSTRIES, INC.